UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | No. 04-374 (JAP) |
| | : | (Consolidated cases) |
| ROYAL DUTCH/SHELL TRANSPORT | : | |
| SECURITIES LITIGATION | : | **ORDER** |
| | : | |

      The Court having granted Lead Plaintiff's motion for reconsideration of those portions of the Court's August 9, 2005 Order and Opinion that dismissed claims of plaintiffs who had purchased the securities in question during the Class Period but had not yet sold their securities as of the time of the Court's decision; and now having reconsidered the dismissal of those claims; for the reasons expressed in the accompanying opinion, IT IS

      ON this 12th day of December 2005,

      ORDERED that Defendants' motions to dismiss claims of plaintiffs who had purchased the securities in question during the Class Period but had not yet sold their securities as of the time of the Court's decision are hereby DENIED.

SO ORDERED.

                                                                                    s/ Joel A. Pisano
                                                                                  JOEL A. PISANO, U.S.D.J.

Original:    Clerk of the Court
cc:           All parties, File