LAW OFFICES OF JAN MEYER & ASSOCIATES, PC
Jan Meyer
1029 Teaneck Road
2nd Floor
Teaneck, NJ 07666
Telephone: 201-862-9500

**Liaison Counsel for the Class**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Stanley D. Bernstein
Jeffrey M. Haber
William A.K. Titelman
Mark T. Millkey
10 East 40th Street
New York, NY 10016
Telephone: 212-779-1414

**Counsel for PSERS and SERS, and
Lead Counsel for the Class**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ROYAL DUTCH/SHELL TRANSPORT SECURITIES LITIGATION | Civ. No. 04-374 (JAP) (Consolidated Cases) Hon. Joel A. Pisano  RETURN DATE: September 26, 2008  (*Document electronically filed*) |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION, AND APPROVAL OF DISTRIBUTION PLAN, ATTORNEYS' FEES AND EXPENSE AWARD, AND REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS AND EXPENSES**

PLEASE TAKE NOTICE that Lead Plaintiffs the Pennsylvania State Employees' Retirement System ("SERS") and the Pennsylvania Public School Employees' Retirement System ("PSERS" and, together with SERS, "Lead Plaintiff"), by their undersigned attorneys, pursuant to an Order this Court entered into on June 17, 2008, will move before the Honorable Joel A. Pisano, United States District Court Judge, at the United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on September 26, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, for entry of an Order pursuant to Fed. R. Civ. P. 23(a), (b)(3), (e) and (h):

a. granting final approval of the Settlement;

b. certifying the Class for settlement purposes;

c. approving the Plan of Distribution;

d approving the requested award of attorneys' fees and expenses; and

e approving the requested reimbursement of Lead Plaintiff's costs and expenses.

The grounds for this motion are further set forth in the following accompanying documents:

1. Lead Plaintiff's Memorandum in Support of Final Approval of Settlement Agreement, Plan of Distribution, and Class Certification;

2. Lead Plaintiff's Memorandum in Support of an Award of Attorneys' Fees and Reimbursement of Expenses;

3. Declaration of Stanley D. Bernstein in Support of Approval of Proposed Class Action Settlement and Payment of Attorneys' Fees and Reimbursement of Expenses; and

4. Compendium of Affidavits and Declarations in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Class Certification, and Approval of Distribution Plan, Attorneys' Fees and Expense Award, and Reimbursement of Lead Plaintiff's Costs and Expenses.

WHEREFORE, Lead Plaintiff respectfully requests that this Court enter an Order (1) granting final approval of the Settlement; (2) certifying the Class for settlement purposes; (3) approving the Plan of Distribution; (3) approving the requested $30 million award of attorneys' fees and $3 million in reimbursement of expenses; and (4) approving reimbursement of Lead Plaintiff's costs and expenses directly relating to their representation of the Class in the amount of $150,000.

DATED: September 19, 2008    Respectfully submitted,

**LAW OFFICES OF JAN MEYER & ASSOCIATES, PC**

By: _____/s/_____
    Jan Meyer
1029 Teaneck Road
2nd Floor
Teaneck, NJ 07666
Telephone: 201-862-9500
Jmeyer@janmeyerlaw.com

**Liaison Counsel for the Class**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Stanley D. Bernstein
Jeffrey M. Haber
William A.K. Titelman
Mark T. Millkey
10 East 40th Street
New York, NY 10016
Telephone: 212-779-1414
Bernstein@bernlieb.com
Haber@bernlieb.com
Titelman@bernlieb.com
Millkey@bernlieb.com

**Counsel for SERS and PSERS, and Lead Counsel for the Class**

2

**OFFICE OF ATTORNEY GENERAL**
**LITIGATION SECTION**
Thomas W. Corbett, Jr., Attorney General
Susan J. Forney,
  Chief Deputy Attorney General
Sarah C. Yerger
  Senior Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
Tel: 717-787-2944
Fax:  717-772-4526

**OFFICE OF GENERAL COUNSEL**
Barbara Adams, General Counsel
Jeffrey Cooper, Executive Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
Tel: 717-783-6563
Fax:  717-772-8570

**PENNSYLVANIA PUBLIC SCHOOL**
**EMPLOYEES' RETIREMENT SYSTEM**
Gerald Gornish, Chief Counsel
Lenann T. Engler, Assistant Deputy Chief Counsel
5 North Fifth Street, 5th Floor
Harrisburg, PA  17101
Tel:  717-720-4912
Fax:  717-783-8010

**PENNSYLVANIA STATE EMPLOYEES'**
**RETIREMENT SYSTEM**
Samuel Yun, Chief Counsel
Brian E. McDonough, Deputy Chief Counsel
30 North Third Street, 5th Floor
Harrisburg, PA  17101
Tel:  717-237-0248
Fax:  717-787-5751